**Donna A. ROYALE, Petitioner,**

v.

**Michael B. MUKASEY,[1] Respondent.**

**No. 07–2572–ag.**

United States Court of Appeals, Second Circuit.

Feb. 11, 2008.

Donna Antonio Royale, Pro se, for Petitioner.

Michael B. Mukasey, U.S. Attorney General; Richard M. Evans, Assistant Director; Joan E. Smiley, Trial Attorney, Office of Immigration Litigation, U.S. De-

---

1. Pursuant to Federal Rule of Appellate Procedure 43(c)(2), Attorney General Michael B. Mukasey is automatically substituted for former Attorney General Alberto R. Gonzales as the respondent in this case.

**42**

partment of Justice, Washington, D.C., for Respondent.

Present: ROSEMARY S. POOLER, DEBRA ANN LIVINGSTON, Circuit Judges, LEWIS A. KAPLAN,[2] District Judge.

### SUMMARY ORDER

Donna Antonio Royale seeks review of a May 18, 2007 BIA order denying his motion to reopen as untimely and finding no basis to reopen the proceedings *sua sponte.* In April 2007, Royale filed a motion to reopen with his sole argument being that the BIA should reopen "pursuant to its *sua sponte* authority" under 8 C.F.R. § 1003.2(a). We assume the parties' familiarity with the underlying facts and procedural history in this case.

We lack jurisdiction to review Royale's argument that the BIA should have reopened his removal proceedings *sua sponte* because a "decision of the BIA [regarding] whether to reopen a case *sua sponte* under 8 C.F.R. § 1003.2(a) is entirely discretionary and therefore beyond our review." *Ali v. Gonzales,* 448 F.3d 515, 518 (2d Cir.2006).

For the foregoing reasons, the petition for review is DISMISSED. As we have completed our review, the pending motion for a stay of removal in this petition is DISMISSED as moot.